UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LHF PRODUCTIONS, INC., | Case No. 2:16-cv-01918-JAD-NJK |
| Plaintiff(s), | |
| vs. | **ORDER** |
| DERRICK BROUGHTON, et al., | |
| Defendant(s). | |

John Werber filed an answer on March 3, 2017. Docket No. 21. Plaintiff was required to hold a Rule 26(f) conference within 30 days of that date, and to file a discovery plan no later than 14 days thereafter. *See* Local Rule 26-1(a). To date, no discovery plan has been filed. Plaintiff is hereby **ORDERED** to file a declaration whether the Rule 26(f) conference was held as required and, if so, why a discovery plan has not been filed. That declaration shall be filed by May 11, 2017.

IT IS SO ORDERED

Dated: April 27, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge