# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

LHF PRODUCTIONS, INC.,  )
                      Plaintiff(s),  )
vs.  )
DERRICK BROUGHTON, et al.,  )
                      Defendant(s).  )

Case No. 2:16-cv-01918-JAD-NJK

**ORDER**

Pending before the Court is a discovery plan, Docket No. 31, which is hereby **DENIED**. The discovery plan provides the wrong case number. *Compare* Docket No. 27 ("All future filings for this case must bear case number 2:16-cv-01918-**JAD**-NJK" (emphasis added)) *with* Docket No. 31 at 1. The discovery plan identifies the wrong plaintiff. *See* Docket No. 31 at 1 (identifying the plaintiff as "Criminal Productions, Inc."). The discovery plan fails to state the date the defendant first appeared. Local Rule 26-1(b)(1). The discovery plan fails to state the number of days sought for discovery. *Id.* The discovery plan fails to provide the signature block for Court approval, in the form required. *See* Local Rule 26-1(b)(10); *see also* Local Rule IA 6-2.[1]

//

//

---

[1] The discovery plan is also untimely. *See* Local Rule 26-1(a); *see also* Docket No. 21 (docket text). In light of the filing of a discovery plan, Plaintiff no longer must file the declaration ordered at Docket No. 29.

A discovery plan that complies with the Local Rules shall be filed by May 11, 2017.

IT IS SO ORDERED

Dated: April 28, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge