# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

LHF PRODUCTIONS, INC.,

    Plaintiff(s),

vs.

DERRICK BROUGHTON, et al.,

    Defendant(s).

Case No. 2:16-cv-01918-JAD-NJK

**ORDER**

To the extent any defendant wishes to do so, he may file a response to the orders to show cause at Docket Nos. 28 and 30 by May 11, 2017.

IT IS SO ORDERED

Dated: April 28, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge