UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

LHF Productions, Inc., a Nevada corporation,

    Plaintiff

v.

Derrick Boughton, et al.,

    Defendants

2:16-cv-01918-JAD-NJK

**Order Denying Motion for Default**

[ECF No. 49]

    Plaintiff LHF Productions, Inc. moved the Clerk of Court on June 22, 2017, to enter default against defendants Derrick Boughton, Jose Gallego, Tom Gyarfas, Daniell Templeton, Kristina Walsh, and John Werber. ECF No. 49. But default was already entered against these defendants on May 8, 2017, in response to an earlier-filed motion. ECF Nos. 39 (motion), 41 (clerk's entry of default). Immediately after filing this June 22, 2017, motion, LHF filed a "Notice of Corrected Image" [ECF No. 50] noting that the earlier-filed motion was filed "in error and should be disregarded." The court suspects that the intent of this notice [ECF No. 50] was to withdraw the newly filed motion [ECF No. 49], but the notice mistakenly references the earlier-filed and already-granted one. Regardless, IT IS HEREBY ORDERED that plaintiff's motion for default **[ECF No. 49] is DENIED.** Plaintiff is advised that, in the future, the proper vehicle for asking the court to disregard an erroneously filed motion is a notice of withdrawal.

    Dated this 26th day of July, 2017.

    _____
    Jennifer A. Dorsey
    United States District Judge