CHARLES C. RAINEY, ESQ.
Nevada Bar No. 10723
*crainey@hamricklaw.com*
HAMRICK & EVANS LLP
7670 W. Lake Mead Blvd., Ste. 140
Las Vegas, Nevada 89128
+1.702.425.5100 (ph)
+1.818.763.2308 (fax)
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LHF PRODUCTIONS, INC., a Nevada corporation, | Case No.: 2:16-cv-01918-JAD-NJK |
| Plaintiff, | |
| vs. | **ORDER** |
| DERRICK BOUGHTON; JOSE GALLEGO; TOM GYARFAS; DANIELL TEMPLETON; KRISTINA WALSH; | |
| Defendants. | |

## **JOINT STIPULATION TO DISMISS DEFENDANT JOHN WERBER,**

**TO THE HONORABLE COURT AND ALL PARTIES HEREIN:**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff LHF PRODUCTIONS, INC. ("PLAINTIFF"), by and through its counsel, Charles Rainey, Esq. of HAMRICK & EVANS LLP, and Defendant JOHN WERBER, in proper person, hereby stipulate and agree to dismiss Defendant **JOHN WERBER** from the above-captioned case and further stipulate and agree to the dismissal of all counter-claims or other causes of actions, if any, raised

1  by Defendant JOHN WERBER against Plaintiff LHF PRODUCTIONS, INC., each party to
2  bear its own fees and costs.

*Respectfully submitted August 25, 2017*

| HAMRICK & EVANS LLP | JOHN WERBER |
|---|---|
| /s/ CHARLES C. RAINEY | /s/ JOHN WERBER |
| CHARLES C. RAINEY, ESQ. | JOHN WERBER |
| Nevada Bar No. 10723 | *Defendant in proper person* |
| crainey@hamricklaw.com | |
| 7670 W. Lake Mead Blvd., Ste. 140 | |
| Las Vegas, Nevada 89128 | |
| +1.702.425.5100 (ph) | |
| *Attorney for Plaintiff* | |

ORDER

Based on the parties' stipulation [ECF No. 56] and good cause appearing, IT IS HEREBY ORDERED that all claims against and by JOHN WERBER are DISMISSED, each party to bear its own fees and costs.

**IT IS SO ORDERED.**

Dated: Las Vegas, Nevada  8/25/2017

_____
UNITED STATES DISTRICT JUDGE

*Respectfully submitted August 24, 2017*

HAMRICK & EVANS LLP

_____
CHARLES C. RAINEY, ESQ.
Nevada Bar No. 10723
crainey@hamricklaw.com
7670 W. Lake Mead Blvd., Ste. 140
Las Vegas, Nevada 89128
+1.702.425.5100 (ph)
*Attorney for Plaintiff*

JOHN WERBER

_____
JOHN WERBER
*Defendant in proper person*

## ORDER

Based on the parties' stipulation [ECF No. 56] and good cause appearing, IT IS HEREBY ORDERED that all claims against and by JOHN WERBER are DISMISSED, each party to bear its own fees and costs.

**IT IS SO ORDERED.**

Dated: Las Vegas, Nevada 8/25/2017

_____
UNITED STATES DISTRICT JUDGE

2